UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIRAH JOHNSON, on behalf of herself and others similarly situated,<br><br>         Plaintiff,<br><br> -against-<br><br>KIPP, NYC, LLC,<br><br>         Defendant. | 14 Civ. 0596 (RJD)(JO) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

This Court, having considered and inspected the Negotiated Settlement Agreement between the Parties in the above-captioned action, IT IS HEREBY ORDERED that (1) the settlement is approved; and (2) the that the above-captioned action is hereby dismissed in its entirety as against Defendant, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

By: _____
  Jodi J. Jaffe

*Attorneys for Plaintiff*
JAFFE GLENN LAW GROUP PA
Lawrence Office Park
168 Franklin Corner Road
Building 2, Suite 220
Lawrenceville, NJ 08648

Tel.: (201) 687-9977

Date: June 27, 2014

By: _____
  Felice B. Ekelman
  Steven J. Seidenfeld

*Attorneys for Defendant*
JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017

Tel.: (212) 545-4000

Date: _____, 2014


/s/ Judge Raymond J. Dearie
7/9/14